UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
Eastern Division

| | | |
|---|---|---|
| In Re:<br>Brian J. Hickey<br><br><br><br><br>Debtor(s) | )<br>)<br>)<br>)<br>)<br>)<br>) | BK No.: 15-18756<br><br>Chapter: ~~11~~ 7<br>Honorable Pamela S. Hollis<br>SELECT IF OUTLYING AREA |

**AGREED ORDER ALLOWING FINAL COMPENSATION FOR REPRESENTATION OF CHAPTER 11 DEBTOR**

On the application of Debtor's counsel for compensation for representing the Debtor in this case, the Court grants the application based on its finding that the allowance is reasonable under the provisions of 11 U.S.C. §330(a), as follows:

| | |
|---|---|
| Total Fees and Reimbursement: | $ 2,976.70 |
| Legal Service through June 30, 2015: | $ 2,950.00 |
| Reimbursable expenses through June 30, 2015: | $ 26.70 |
| Retainer: | $ 4,271.50 |
| Funds to Apply to Bankruptcy Estate*: | $ 1,294.80 |

(*Funds to be held in Sulaiman Law Group Trust account until such time the Trustee requests turnover of the funds or until the case is closed.)

Enter:

_[signature]_
United States Bankruptcy Judge

Dated: 9/17/15

**Prepared by:**
Paul M Bach, Esq., Of Counsel
Penelope N. Bach, Of Counsel
Sulaiman Law Group, Ltd.
900 Jorie Boulevard Suite 150
Oak Brook, Illinois 60523

Rev: 20130104_bko